**Order entered September 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01466-CV

## ABRAHAM MAAYEH, Appellant

## V.

## MARCUS BRIAN CURRY, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13602**

## ORDER

Before the Court is appellant's September 1, 2020 third motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **September 4, 2020**. We caution appellant that further extension requests will be disfavored.

/s/     KEN MOLBERG
      JUSTICE